DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL LYNN THOMAS,**
Appellant,

v.

**JOSEPH NASTASI,**
Appellee.

No. 4D17-540

[January 25, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. CACE02-011972 (08).

Robert L. Jennings of Jennings & Valancy, P.A., Stuart, for appellant.

John H. Pelzer of Greenspoon Marder, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and CONNER, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*